| EXHIBIT NUMBER | EXHIBITS |
|---|---|
| 1 | AH4R PROPERTY MANAGEMENT REPORT |
| 2 | 90 EMAILS SENT TO AH4R AND OKELLY & SOROHAN BETWEEN 3/5/2021 TO DATE OF THIS FILING |
| 3 | RESTRAINING ORDERS JANUARY 22, 2021 |
| 4 | CRIMINAL TRESSPASS WARNING JUNE 2020 (MONDEEP Rajhans, DELVIN RAJHANS, SUKHMEET RAJHANS) |
| 5 | DELVIN RAJHANS STATEMENT TO FULTON COUNTY ANIMAL CONTROL |
| 6 | MONDEEP RAJHANS EMAIL 12/31/2020 |
| 7 | AH4R & OKELLEY & SOROHAN EVICTION DOCUMENTS |
| 8 | MOTION TO DISMISS WARRANT HEARING MONDEEP RAJHANS 7/21 |
| 9 | MOTION TO DISMISS WARRANT HEARINGS JUDGE JASLOVELIN LALL 9/21 |
| 10 | MOTION TO DISMISS WARRANT HEARINGS MANDEEP RAJHANS 9/21 |
| 11 | MOTION TO CHANGE WORDING ON RESTRAINING ORDER (Mondeep Rajhans & Delvin Rajhans) 10/21 |
| 12 | WARRANTS HEARINGS NOVEMBER 12, 2021 |
| 13 | CIVIL SUIT FILED AGAINST JUDGE JANNE MACKEMY, COBB COUNTY MAGISTRATE COURT 12/16/21 |
| 14 | CIVIL SUIT FILED AGAINST JUDGE SCOTT KAY, SUPERIOR COURT OF FULTON COUNTY 12/29/21 |
| 15 | CIVIL SUIT FILED AGAINST JUDGE ALEXANDRA MANNING, SUPERIOR COURT OF FULTON COUNTY 1/4/22 |
| 16 | MOTIONS FILED MONDEEP RAJHANS & DELVIN RAJHANS 12/21 |
| 17 | EMAILS SENT TO JUDGE ASHLEY OSBY & SUPERIOR COURT OF FULTON COUNY 1/4/22 |
| 18 | JUDGE ASHLEY OSBY RESTRAINING ORDER ISSUED 1/10/22 |